UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELE HAPPY and CHAD GORDON,<br><br>Plaintiffs,<br><br>v.<br><br>MARLETTE FUNDING, LLC d/b/a BEST EGG,<br><br>Defendant. | Case No. 1:23-cv-00265-SPB<br><br>NOTICE OF DISMISSAL |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, by and through undersigned counsel, hereby give notice that Plaintiffs' Complaint is dismissed with prejudice without costs to any party.

Respectfully Submitted,

Dated: January 6, 2025       By:   */s/ Kevin Abramowicz*
Kevin Abramowicz
East End Trial Group LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
(412) 223-5740
kabramowicz@eastendtrialgroup.com

*Attorney for Plaintiffs*

It is so ordered this 8th day of January, 2025.

_Susan Paradise Baxter_
United States District Judge